UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>                              Plaintiff,<br>v.<br>LAWRENCE MONTEFORTE,<br>                              Defendant. | Case No.: 18CV592-LAB (JLB)<br><br>**ORDER DENYING LEAVE TO PROCEED IN FORMA PAUPERIS; AND**<br><br>**ORDER OF REMAND** |

      Defendant Lawrence Monteforte filed a notice of removal of this unlawful detainer action, along with a motion to proceed *in forma pauperis* ("IFP"). The IFP motion shows he has $350 in the bank and is receiving a steady paycheck of $3500 (of which his take-home pay is $1200) – though he does not specify for what time period this is. The portion of the application dealing with expenses is left blank. The incomplete IFP motion is **DENIED**.

      The notice of removal does not establish jurisdiction; instead, it merely strings together assertions that appear to have been clipped from other sources. Looking at the complaint, there is no basis for this Court's exercise of jurisdiction. No federal question is present on the face of the complaint, and any federal issues Monteforte may be raising as a defense do not create federal question jurisdiction.

*See Vaden v. Discover Bank*, 556 U.S. 49, 60 (2009). The complaint does not seek title to the property, but merely the right to possession. *See Evans v. Superior Ct.*, 67 Cal. App. 3d 162, 170 (Cal. App. 2 Dist. 1977). In that case, that is well below the the amount in controversy required for diversity jurisdiction. *See Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002) ("In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation.")

This action is **REMANDED** to the Superior Court of California for the County of San Diego.

**IT IS SO ORDERED**.

Dated: March 23, 2018

Hon. Larry Alan Burns
United States District Judge